**Name:** WAYNE SCOTT STEWART
**Prison Number:** P-28647
**Current Address or Place of Confinement:** CALIFORNIA CORRECTIONAL INSTITUTION 4B-2C-106/ P.O. BOX 1906
**City, State, Zip Code:** TEHACHAPI, CA. 93581

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

WAYNE SCOTT STEWART
(FULL NAME OF PETITIONER)
PETITIONER

v.

W.J. SULLIVAN, WARDEN, ET AL.
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])
RESPONDENT

and

JERRY BROWN
The Attorney General of the State of California, Additional Respondent.

Civil No. '08 CV 0324 W CAB
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS AND EVIDENTIARY HEARING
UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

FILED FEB 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2254 ✓  1983 ___
FILING FEE PAID  Yes ___  No ✓
IFP MOTION FILED  Yes ✓  No ___
COPIES SENT TO  Court ✓  ProSe ___

1. Name and location of the court that entered the judgment of conviction under attack: LOS ANGELES COUNTY SUPERIOR COURT (NORTH)
2. Date of judgment of conviction: FEBUARY 13, 2004
3. Trial court case number of the judgment of conviction being challenged: CASE NO. MA027315
4. Length of sentence: (4) YEARS

CIV 68 (Rev. Dec. 1998)
K:\COMMON\FORMS\CIV-68

5. Sentence start date and projected release date: _____
   _____

6. Offense(s) for which you were convicted or pleaded guilty (all counts): _____
   AGGRAVATED BATTERY ON NON-CONFINED PERSON BY PRISONER
   _____

7. What was your plea? (CHECK ONE)
   (a) Not guilty        ☐
   (b) Guilty            ☑
   (c) Nolo contendere   ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury       ☐
   (b) Judge only ☑

9. Did you testify at the trial?
   ☐ Yes  ☑ No

DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the California Court of Appeal?
    ☐ Yes  ☐ No

11. If you appealed in the California Court of Appeal, answer the following:
    (a) Result: _____
    (b) Date of result, case number and citation, if known: _____
        _____
    (c) Grounds raised on direct appeal: _____
        _____
        _____
        _____

12. If you sought further direct review of the decision on appeal by the California Supreme Court (e.g., a Petition for Review), please answer the following:
    (a) Result: _____
    (b) Date of result, case number and citation, if known: _____
        _____
    (c) Grounds raised: _____
        _____
        _____
        _____

13. If you filed a petition for certiorari in the <u>United States Supreme Court</u>, please answer the following with respect to that petition:
    (a) Result: _____
    (b) Date of result, case number and citation, if known: _____
    _____
    (c) Grounds raised: _____
    _____
    _____
    _____
    _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Superior Court</u>?
    ☐ Yes  ☒ No

15. If your answer to #14 was "Yes," give the following information:
    (a) <u>California Superior Court</u> Case Number: _____
    (b) Nature of proceeding: _____
    _____
    (c) Grounds raised: _____
    _____
    _____
    _____
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☐ No
    (e) Result: _____
    (f) Date of result: _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Court of Appeal</u>?
    ☒ Yes  ☐ No

17. If your answer to #16 was "Yes," give the following information:
    (a) California Court of Appeal Case Number: __B203290__
    (b) Nature of proceeding: __PETITION FOR WRIT OF HABEAS CORPUS__
    (c) Grounds raised: __DENIED EFFECTIVE ASSISTANCE OF COUNSEL; PROSECTION DENIED PETITIONER'S SPEEDY TRIAL RIGHT; DENIED DUE PROCESS OF EQUAL PROTECTION GUARANTEED BY THE U.S. FEDERAL AND STATE CONSTITIONAL LAWS__
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: __POST-CARD DENIAL__
    (f) Date of result: __NOVEMBER 1, 2007__

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the California Supreme Court?
    ☐ Yes  ☐ No

19. If your answer to #18 was "Yes," give the following information:
    (a) California Supreme Court Case Number: __B203290__
    (b) Nature of proceeding: __"PETITION FOR REVIEW"__
    (c) Grounds raised: __DENIED EFFECTIVE ASSISTANCE OF COUNSEL; PROSECUTION DENIED PETITIONER SPEEDY TRIAL RIGHT; DENIED DUE PROCESS OF EQUAL PROTECTION GUARANTEED BY THE U.S. FEDERAL & STATE CONSTITUTIONAL LAWS.__
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No
    (e) Result: __POST-CARD DENIAL__
    (f) Date of result: __JANUARY 3, 2008__

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____
_____
_____
_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your first federal petition for writ of habeas corpus challenging this conviction?
    ☑ Yes ☐ No    (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? _____
        (i) What was the prior case number? _____
        (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits?
            ☐ Dismissed for procedural reasons?
        (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

<u>CAUTION</u>:
- <u>Exhaustion of State Court Remedies</u>: In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- <u>Single Petition</u>: If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- <u>Factual Specificity</u>: You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds, and/or facts supporting each ground.

(a) GROUND ONE: DENIED EFFECTIVE ASSISTANCE OF COUNSEL; PROSECUTION DENIED PETITIONER'S SPEEDY TRIAL RIGHT; DENIED DUE PROCESS OF EQUAL PROTECTION GUARANTEED BY THE U.S. FEDERAL AND STATE CONSTITUTIONAL LAWS

Supporting FACTS (state *briefly* without citing cases or law) PETITIONER ARGUES I.A.C. TO THE EFFECT OF COUNSEL; ARBITRARY AND CAPRICIOUS ACTS OF VIOLATING PETITIONER'S SPEEDY TRIAL RIGHTS AND FURTHER POSTPONING PETITIONER'S ARRAIGNMENT WITHOUT "CONSENT," FURTHERING THIS CONFLICT WAS THE ASSIGNMENT OF DIFFERENT COUNSELS. INTO WHICH SERIOUSLY PREJUDICED PETITIONER'S CHANCES AT ANY EQUAL PROTECTION. PETITIONER RAISED THIS CHALLENGE ON HABEAS CORPUS, IN SUPERIOR COURT OF LOS ANGELES COUNTY (NORTH) PETITIONER BEFORE A MAGISTRATE IN THE REQUIRED TIME FRAME VIOLATED PETITIONER'S SPEEDY TRIAL RIGHTS UNDER STATUTES OF STATE AND FEDERAL LAWS. THE PREJUDICIAL ERROR'S THAT RENDERED PETITIONER'S RIGHTS NULL AND VOID CAME IN THE FORM OF UNLAWFUL ADMINISTRATION BY STATE OFFICIALS OF A STATE STATUTE, WHICH RESULTS IN UNEQUAL APPLICATION TO PERSON WHO ARE ENTITLED TO BE TREATED ALIKE DENIES EQUAL PROTECTION GUARANTEED BY THE U.S. FEDERAL AND STATE CONSTITUTION. AS A RESULT OF SUCH UNPROFESSIONAL JUDGEMENT PETITIONER'S DEFENSE WAS DEFICIENT. MOREOVER PETITIONER WAS PREJUDICED BY THE ACTS AND OMISSION OF TRIAL COURT. PETITIONER BELIEVES THE OUTCOME WOULD HAVE BEEN DIFFERENT IF GIVEN THE OPPORTUNITY TO PREPARE AND OBTAIN A DEFENSE TO CONTEST THE CHARGES AGAINST HIM. PETITIONER CONTENDS HE NEVER HAD

Did you raise GROUND ONE in the California Supreme Court?
☑ Yes ☐ No.

CONTINUING GROUNDS ONE

1. OPPROTUNITY TO PRESENT EVIDENCE BECAUSE PROSECUTION
2. VIOLATED STATE STATUTE AND STATE LAW GOVERNING THE
3. FEDERAL PRESEDENCE OF THAT LAW AND FURTHERMORE
4. THE MAGISTRATE REJECTED DEFENDANTS ATTEMPTS TO RAISE
5. A CLAIM OF DISCRIMINATORY PROSECUTION ON HABEAS.
6. PETITIONER ASSERTS THAT THE PREJUDICIAL ERROR'S DENIED
7. HIM THE OPPORTUNITY TO MAINTAIN CONTACT WITH WITNESSES
8. FOR DEFENSE. PETITIONER ALSO ASSERTS THAT ASIDE FROM THE
9. COURTS ASSIGNMENT OF DIFFERENT COUNSELS, DEFENDANT
10. UNDERSTANDING OF THE LAW WAS POORLY CONFLICTED
11. DUE TO MENTAL HEALTH CARE BY (M.H.D.S.) MENTAL
12. HEALTH DELIVERY SYSTEMS OF (C.D.C.R.)



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

(b) GROUND TWO: PETITIONER'S RIGHT UNDER THE FIFTH, SIXTH AND 14TH AMENDMENT TO THE U.S. CONSTITUTION WERE VIOLATED COUNSEL FAILURE TO OBJECT BARS PETITIONER'S MERITORIOUS CLAIM OF DUE PROCESS

Supporting FACTS (state *briefly* without citing cases or law): PETITIONER RELIED ON COUNSEL WHO PETITIONER HAD NEVER EVEN MEET, NOT ONCE BUT THREE TIMES IT SEVERLY PREJUDICED PETITIONER AT ANY EQUAL PROTECTION BECAUSE IT (SAID) WHAT WAS INEVITABLE AND ALREADY WEIGHT BY THE TRIAL COURT IN PETITIONER'S CHARGES. THE DENIALS DIDN'T STOP THERE, THEY CONTINUED WHEN THE PETITIONER TRIED BRINGING THE ISSUES UP ON HABEAS CORPUS DESPITE CONDITION, WHICH ALSO GOES TO EFFECTIVE ASSISTANCE WHICH HAD ALREADY BEEN DENIED PETITIONER BY THE NECESSARY DOCUMENTS ACCORDINGLY AND PURSUANT TO THAT WHICH GOVERN'S EQUAL PROTECTION PRETAINING TO PENALOGICAL INTREST DENIED PETITIONER ESSENTIAL FACTORS GUARANTEED BY THE U.S. CONSTITUTION.

Did you raise GROUND TWO in the California Supreme Court?
☒ Yes ☐ No.

23. Do you have any petition or appeal now pending in any court, either state or federal, pertaining to the judgment under attack?
    ☒ Yes  ☐ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: IMPERIAL COUNTY SUPERIOR COURT
    (b) Case Number: EHC00946
    (c) Date action filed: DECEMBER 17, 2007
    (d) Nature of proceeding: WRIT OF HABEAS CORPUS PETITION
    (e) Grounds raised: (I.A.C.) INEFFECTIVE ASSISTANCE COUNSEL VIOLATION OF EQUAL PROTECTION PURSUANT TO DUE PROCESS 4TH, 6TH, 14TH AMENDMENT GUARANTEED BY THE U.S. STATES FEDERAL CONSTITUTION AND CALIFORNIA STATE CONSTITUTION ARTICLE I. SECTION XIV.
    (f) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: UNKNOWN
    (b) At arraignment and plea: DEPUTY PUBLIC DEFENDER, DAGGETT
    (c) At trial: JEFFREY McCAMPBELL, DEPUTY PUBLIC DEFENDER
    (d) At sentencing: UNKNOWN
    (e) On appeal: NONE
    (f) In any post-conviction proceeding: NONE
    (g) On appeal from any adverse ruling in a post-conviction proceeding: NONE

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future: _____

   (b) Give date and length of the future sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes ☒ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

*Wayne Scott Stewart*
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

2/14/08
(DATE)

*Wayne Scott Stewart*
SIGNATURE OF PETITIONER

## PROOF of SERVICE BY MAIL

I **Wayne Scott Stewart**, Do Hereby Declare:

I served a copy of the following documents on each of the parties as listed below by placing a true copy in the United States Mail at **Tehachapi**, California on **February 14th 2008**.

Two (2) Petitions under 28 U.S.C § 2254 for writ of Habeas Corpus in the United States District Court Southern District of California by a person in State Custody

PERSON OR PARTY SERVED:

Office The Clerk
U.S. District Court, Room 4290
880 Front Street
San Diego, CA. 92101-8900

I declare under penalty of perjury that the forgoing is true and correct.

Executed in **Tehachapi**, California on this the **14th** day of **February**, **2008**

Wayne Scott Stewart
DECLARANT

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

### I (a) PLAINTIFFS

Wayne Scott Stewart

**DEFENDANTS**

W. J. Sullivan, et al

*[Stamp: 2254 1983 FILING FEE PAID Yes___ No✓ IFP MOTION FILED Yes___ No✓ COPIES SENT TO Court___ Prose___]*

*[Stamp: FILED FEB 19 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY___ DEPUTY]*

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Wayne Scott Stewart
PO Box 1906
Tehachapi, CA 93581
P-28647

ATTORNEYS (IF KNOWN)

'08 CV 0324 W CAB

### II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

### IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

### V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

### VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removal from State Court
- ☐ 3 Remanded from Appelate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

### VIII. RELATED CASE(S) IF ANY (See Instructions):   JUDGE          Docket Number

DATE  2/19/2008          SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

CR