FILED

2008 FEB 25 PM 4:37

CLERK US...
SOUTHERN DIST...

BY: RM             DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SCOTT STEWART,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>W.J. SULLIVAN, Warden, et al.,<br><br>　　　　　　　Respondents. | Civil No. 08cv0324-W (CAB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

　　Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than April 21, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

**IT IS SO ORDERED.**

DATED: 2/22/08

　　　　　　　　　　　　　　　　　　　　　Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge

CC:　ALL PARTIES

K:\COMMON\EVERYONE\_EFILE-PROSE\W\08cv0324-Dismiss.wpd, 2218

-1-