WAYNE SCOTT STEWART
PLAINTIFF/PETITIONER/MOVANT'S NAME

PRISON NUMBER P-286477

CALIFORNIA CORRECTIONAL INSTITUTION
PLACE OF CONFINEMENT

4B-2C-106/P.O. BOX 1906
ADDRESS

TEHACHAPI, CA 93581

FILED

2008 APR -9 PH 4:11

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY RM _____ DEPUTY

## United States District Court
### Southern District Of California

WAYNE SCOTT STEWART
                        ,
Plaintiff/Petitioner/Movant

v.

W.J. SULLIVAN, WARDEN, et al,
                        Defendant/Respondent

Civil No. 08CV0324 W (CAB)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☑ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?              ☐ Yes ☑ No
    Do you receive any payment from the institution?   ☐ Yes ☑ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

_____

_____

_____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

_____

_____

_____

3. In the past twelve months have you received any money from any of the following sources?:

   a. Business, profession or other self-employment   ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☑ No
   c. Pensions, annuities or life insurance   ☐ Yes ☑ No
   d. Disability or workers compensation   ☐ Yes ☑ No
   e. Social Security, disability or other welfare   ☐ Yes ☑ No
   e. Gifts or inheritances   ☐ Yes ☑ No
   f. Spousal or child support   ☐ Yes ☑ No
   g. Any other sources   ☐ Yes ☑ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

_____

_____

4. Do you have any checking account(s)? ☐ Yes ☑ No

   a. Name(s) and address(es) of bank(s):_____

   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No

   a. Name(s) and address(es) of bank(s):

   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No

   a. Make:   Year:   Model:

   b. Is it financed? ☐ Yes ☑ No

   c. If so, what is the amount owed?

7.  Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?

☐ Yes  ☑ No

If "Yes" describe the property and state its value._____

_____

8.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  *NONE*

9.  List any other debts (current obligations, indicating amounts owed and to whom they are payable):

*NONE*

10.  List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):  *NONE*

11.  If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

*I RECIEVE MONEY ORDERS FROM FAMILY AND LOVE ONE FOR PERSONAL HYGIENE AND COSMETIC*

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

*3-11-08*

DATE

*Wayne Scott Stewart*

SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account.  <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____ *Wayne Scott Stewart* _____,
(NAME OF INMATE)

_____ *P# 28647* _____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_ *California Correctional Institution, Tehachapi, CA 93581* _
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution.  I further certify that **during**

**the past six months** the applicant's *average monthly balance* was $_____,

and the *average monthly deposits* to the applicant's account was $_____.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT
STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD
IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

_____        _____
DATE                   SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_____
OFFICER'S FULL NAME (PRINTED)

_____
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)        -4-        ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _WAYNE SCOTT STEWART #23647,_ request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one).  I also understand that this fee will be debited from my account regardless of the outcome of this action.  This authorization shall apply to any other agency into whose custody I may be transferred.

3-11-08
DATE

_Wayne Scott Stewart_
SIGNATURE OF PRISONER

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Wayne Scott Stewart_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _California_

_Correctional Institution_ Prison,

in the county of _Kern_ ,

State of California. My prison address is: _P.O. Box 1906_

_Tehachapi, Ca. 93581_ ,

On _March 11, 2008_ ,
(DATE)

I served the attached: _In forma Pauperis ; A certified copy of_

_the statement Trust funds and A five dollar money order for court fees_
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _3-11-08_ _Wayne Stewart_
(DATE) (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9.97)

::ODMA\PCDOCS\WORDPERFECT\22832\1

# Memorandum

Date: 3-18-08

To: Wayne Stewart - P28647 - 4B-2C-106L

From: TRUST OFFICE

Subject: CORRECTIONS NEEDED FOR TRUST DOCUMENTS

The attached article is being returned to you for the following reason(s):

☒ Trust Withdrawal Order not approved *by CC1*

☐ Needs Trust Withdrawal Order for $3.00 CDC Filing Fee

☐ Non-Sufficient Funds (NSF)

☐ Needs Trust Withdrawal Order for Postage

☐ Trust Withdrawal order not complete

☐ Reason:_____

_____

☐ Envelope not attached

☐ Envelope does not have postage (indigent envelopes are not accepted)

☐ Trust Withdrawal Order needs approval from high authority

☒ Other: *Please take your paperwork to your CC1 and have him/her Review with you —*

Thank you,

Trust Office