FILED

2008 APR -9 PM 4: 24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

## # 149592    — SH

## April 09, 2008
## 16:18:04

### Habeas Corpus
USAO #.: 08CV0324
Judge..: THOMAS J WHELAN
Amount.:                $5.00 CK
Check#.: STCA185-374055

## Total—>  $5.00

FROM: WAYNE SCOTT STEWART

FILED

2008 FEB 25   PM 4: 37

CLERK US ...
SOUTHERN DISTRICT ... ... ...

BY   RAO                   DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SCOTT STEWART,<br><br>                                    Petitioner,<br><br>                        v.<br><br>W.J. SULLIVAN, Warden, et al.,<br><br>                                    Respondents. | Civil No.    08cv0324-W (CAB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

   Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than April 21, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

   **IT IS SO ORDERED.**

DATED: _____2/22/08_____          _____

                                        Thomas J. Whelan
                                        United States District Judge

CC:    ALL PARTIES

K:\COMMON\EVERYONE_EFILE-PRINT\WO\8cv0324-Dismiss.wpd, 2218

149592  $5.00  sd  4/11/08

-1-