FILED
08 APR 10 PM 3:29
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SCOTT STEWART,<br><br>               Petitioner,<br>vs.<br><br>W.J. SULLIVAN, WARDEN, et. al.,<br><br>               Respondents. | CASE NO. 08-CV-0324 W (CAB)<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT (Doc. No. 4) |

      On February 25, 2008 this Court dismissed Petitioner Wayne Scott Stewart's ("Petitioner") 28 U.S.C. § 2254 habeas corpus petition for failure to pay the $5.00 filing fee. (Doc. No. 3.) In doing so, the Court held that Petitioner could proceed with the case by paying $5.00 or submitting adequate proof of his inability to pay the fee. (*Id.*) On April 9, 2008 Petitioner both paid the $5.00 filing fee and submitted a motion to proceed in forma pauperis ("IFP"). (Doc. Nos. 4, 5.) As Petitioner's case has been reopened and his filing fee paid, the Court **DENIES AS MOOT** Petitioner's motion for leave to proceed IFP.

      IT IS SO ORDERED.

Dated: April 10, 2008

                                              Hon. THOMAS J. WHELAN
                                              United States District Court
                                              Southern District of California