1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  DOUGLAS P. DANZIG
   Deputy Attorney General
5  KEVIN VIENNA
   Supervising Deputy Attorney General
6  State Bar No. 186751
    110 West "A" Street, Suite 1100
7   San Diego, CA 92101
    P.O. Box 85266
8   San Diego, CA 92186-5266
    Telephone: (619) 645-2198
9   Fax: (619) 645-2191
    Email: Kevin.Vienna@doj.ca.gov
10 Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WAYNE SCOTT STEWART,** | 08CV0324-W (CAB) |
| Petitioner, | **NOTICE OF MOTION AND MOTION TO TRANSFER** |
| v. | No Hearing Required |
| **W.J. SULLIVAN, Warden,** | Honorable Cathy Ann Bencivengo |
| Respondent. | United States Magistrate Judge |

TO PETITIONER WAYNE STEWART, PROCEEDING PRO SE:

PLEASE TAKE NOTICE that Respondent hereby moves the Court for an order transferring the Petition for Writ of Habeas Corpus because the Petition is filed in the wrong Court. That is, venue is improper because Petitioner is not located within the Southern District and he was not convicted in this District.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and on the pleadings filed in this action.

///

///

1     WHEREFORE, Respondent respectfully requests the Petition be dismissed or transferred

2 to the proper district, which appears to be the Central District of California.

3     Dated: April 21, 2008

4         Respectfully submitted,

5         EDMUND G. BROWN JR.
             Attorney General of the State of California

6         DANE R. GILLETTE
             Chief Assistant Attorney General

7         GARY W. SCHONS
             Senior Assistant Attorney General

8         DOUGLAS P. DANZIG
             Deputy Attorney General

9

10

11           s/Kevin Vienna

12         KEVIN VIENNA
             Supervising Deputy Attorney General

13         Attorneys for Respondent

14

15 KV:bp

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name: **Stewart v. Sullivan**

No.: **08CV0324-W (CAB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 21, 2008, I served the following documents:

(1) NOTICE OF MOTION AND MOTION TO TRANSFER;
(2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO TRANSFER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Wayne Scott Stewart
CDC No. P-28647
CA Correctional Institution
4B-2C-106
PO Box 1906
Tehachapi, CA 93581

*In Pro Se*

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: None.

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing): **Wayne Scott Stewart** at the above-named address.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 21, 2008, at San Diego, California.

Bonnie Peak
_____
Declarant

*Bonnie Peak* (signature)
_____
Signature