| | |
|---|---|
| 1 | EDMUND G. BROWN JR. |
|   | Attorney General of the State of California |
| 2 | DANE R. GILLETTE |
|   | Chief Assistant Attorney General |
| 3 | GARY W. SCHONS |
|   | Senior Assistant Attorney General |
| 4 | DOUGLAS P. DANZIG |
|   | Deputy Attorney General |
| 5 | KEVIN VIENNA |
|   | Supervising Deputy Attorney General |
| 6 | State Bar No. 186751 |
|   |   110 West "A" Street, Suite 1100 |
| 7 |   San Diego, CA 92101 |
|   |   P.O. Box 85266 |
| 8 |   San Diego, CA 92186-5266 |
|   |   Telephone: (619) 645-2198 |
| 9 |   Fax: (619) 645-2191 |
|   |   Email: Kevin.Vienna@doj.ca.gov |
| 10 | Attorneys for Respondent |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WAYNE SCOTT STEWART,** | 08CV0324-W (CAB) |
| Petitioner, | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO TRANSFER** |
| v. | |
| **W.J. SULLIVAN, Warden,** | No Hearing Required |
| Respondent. | Honorable Cathy Ann Bencivengo United States Magistrate Judge |

**Background**

Petitioner Wayne Scott Stewart has filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 by a Person In State Custody. That Petition was filed by this Court on February 19, 2008. Thereafter, Magistrate Judge Bencivengo issued an Order Reopening Case and Setting Briefing Schedule on April 14, 2004.

According to the Petition, Stewart challenges a judgment of conviction from the Los Angeles County Superior Court of California, where he entered a guilty plea in 2004 for the crime of battery and was sentenced to a term of four years. (Pet. at 1, 2.)

Also according to the Petition, Stewart is currently incarcerated in California Correctional

1  Institute in Tehachapi, California. (Pet. at 1.)

2  **Discussion**

3  Venue for a habeas corpus action is proper either in the district of confinement or the
4  district of conviction.

5  Stewart is incarcerated in the California Correctional Institute, located in Tehachapi,
6  California. (Pet. at 1.) That is not located within the boundaries of the United States District Court
7  for the Southern District of California.

8  Accordingly, venue is proper in this case only if Steward was convicted within the
9  boundaries of the Southern District. He was not. Rather, Stewart was tried and convicted in the
10 Superior Court for Los Angeles County. (Pet. at 1.)

11 Since venue for this case is not proper in the Southern District, the matter should be
12 transferred. Generally, venue is most suitable in the District in which conviction occurred. *Cf.*
13 Local Rule HC 3.f.

14 **CONCLUSION**

15 Respondent respectfully asks the Court to transfer venue to the United States District
16 Court for the Central District of California, the district within which Stewart was convicted.

17 Dated: April 21, 2008

18 Respectfully submitted,

19 EDMUND G. BROWN JR.
   Attorney General of the State of California

20 DANE R. GILLETTE
   Chief Assistant Attorney General

21 GARY W. SCHONS
22 Senior Assistant Attorney General

   DOUGLAS P. DANZIG
23 Deputy Attorney General

24

25   s/Kevin Vienna
   KEVIN VIENNA
26 Supervising Deputy Attorney General

   Attorneys for Respondent
27

28