# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES



FILED
2008 APR 29 PM 12:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE  Bencivengo
FROM: R. Mullin,  Deputy Clerk   RECEIVED DATE: 4/24/2008
CASE NO.: 08cv0324 W (CAB)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Stewart v. Sullivan, et al
DOCUMENT ENTITLED: Application for Relief from Default

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | **OTHER: No original signature.** Case has been reopened. see Doc. No. 7. |

Date forwarded: 4/25/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **CATHY ANN BENCIVENGO**

Dated: APR 2 8 2008   By: MA
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

WAYNE SCOTT STEWART
PETITIONER

V.

W. J. SULLIVAN WARDEN. et. AL
RESPONDANT.

CIVIL NO. 08CV0324-W (CAB)
APPLICATION FOR RELIEF FROM DEFAULT... AND SEE EXHIT B.

REJECTED

"APPLICATION FOR RELIEF FROM DEFAULT"
TO THE HONORABLE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA.

PETITIONER WAYNE SCOTT STEWART IN PROPRIA PROSONA HERE BY "APPLICATION FOR RELIEF FROM DEFAULT." PETITIONE ASSERTS THAT ON MARCH 13. 2008 HE GAVE AN ENVELOPE WITH PRE-PAID POSTAGE TO PRISON OFFICIALS THAT CONTAINED ONE IN FORMA PAUPERIS ONE TRUST ACCOUNT WITHDRAWAL ORDER REQUESTING $5.00 CO-PAY BE SENT TO THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT, SINGED AND DATED MARCH 11. 2008; WHICH SATISFIES THE REQUIREMENT THAT ENTITLES THE PETITIONER TO THE BENEFIT OF THE "PRISON MAIL BOX RULE." THEREFORE THE BURDEN OF PROOF SHOULD BE PLACE ON THE STATE. SEE: ALLEN VS. CULLIVER. 471 F.3d 1196 (11TH CIR. 2006) ALSO SEE (EXHITB. A) INMATE TRUST ACCOUNT STATEMENT.

I WAYNE SCOTT STEWART DECLARE UNDER PENALTY OF PERJURY THE ABOVE IS TRUE AND CORRECT.

APRIL 20, 2008

WAYNE SCOTT STEWART
PRINT
Wayne Scott Stewart

(SEE ATTACH)