# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED
2008 MAY 14 AM 11:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____VNY_____ DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

May 2, 2008

Office of the Clerk
Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

Re: Stewart v. Sullivan, Case No. 08cv0324 W (CAB)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: __A. Everill__
A. Everill, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED
THIS DATE OF __MAY - 7 2008__
AND ASSIGNED CASE NUMBER __CV08- 2992 PSG (OP)__

CLERK, U.S. DISTRICT COURT

By: _____NATALIE LONGORIA_____, Deputy